# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### DOCKET NO. 5:13-CR-059-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JULIAN ALEXANDER ZUK | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the status of certain psychological or psychiatric examinations of the Defendant. As noted in the Court's minute entry in the case docket dated February 5, 2014, the parties are attempting to resolve these issues by consent. While the Court commends the parties for their joint efforts, the Court must ensure that the case is proceeding such that it will be ready for the scheduled May 5, 2014 trial if needed.

**IT IS, THEREFORE, ORDERED** that the parties shall file a brief written status report, jointly if possible, setting forth the procedural status of the aforementioned examinations of the Defendant. This status report should be as specific as possible regarding the level of cooperation between the parties, the nature of the examinations and who is conducting them, and the date by which the examinations will be completed and reported. This will allow the Court to address other pending motions more efficiently.

**SO ORDERED**.

Signed: February 26, 2014

David C. Keesler
United States Magistrate Judge