IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:13-CR-059-RLV-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JULIAN ALEXANDER ZUK** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Psychological Examination" (Document No. 32). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. The Court held a hearing on issues related to the pending motion on February 5, 2014, and a joint "Status Report Of Psychological Examination" (Document No. 30) was filed on March 11, 2014. Having carefully considered the motion, the record, and applicable authority, as well as consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Psychological Examination" (Document No. 32) is **GRANTED**. Defendant shall submit to a psychological examination by Dr. Kristy Matala of Carolina Care & Counseling to be performed in Raleigh, North Carolina on a date to be determined by the parties. The examination shall be limited to a diagnosis of mental disorders or conditions that Defendant suffers from and their effect on his perception of the interview conducted on April 9, 2013, and his ability to give consent to the search of his property. Furthermore, no statement made by Defendant in the course of this mental examination, no testimony by the expert based on the statement, and no other fruits of the statement may be admitted into evidence against Defendant in any criminal proceeding except on

an issue regarding mental condition initially raised by Defendant.

**SO ORDERED**.

Signed: March 20, 2014

David C. Keesler
United States Magistrate Judge