

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

RECEIVED
STATESVILLE, NC

JAN 4 2016

Clerk, U. S. Dist. Court
W. Dist. of N. C.

FILED
CHARLOTTE, NC

DEC 23 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

December 17, 2015

The Honorable Richard L. Voorhees
United States District Court
Western District of North Carolina – Statesville Division
250 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

RE: ZUK, Julian Alexander
REGISTER NUMBER: 28591-058
DOCKET NUMBER: 5:13-CR-00059-RLV-DCK

Dear Judge Voorhees:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on December 8, 2015, pursuant to the provisions of Title 18, United States Code, Sections 3552 (c), 4244 (b) and 4247 (b-c). Currently, the evaluator is conducting interviews and psychological testing with Mr. Zuk, which are necessary to complete his evaluation. In order to complete psychological testing, extensive interviewing, and records review, I respectfully request the evaluation period start on the date of his arrival at this institution, include the 60 days normally granted for evaluations under 3552, and be extended for thirty days. If this request is granted, the evaluation period will end on March 6, 2016. Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to Tracy Taylor, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Thomas B. Smith
Warden

[✓] The above requested extension of time is hereby granted *by consent of the parties.*

[ ] The above requested extension of time is not hereby granted

Signature: _____ DATE: 12-23-15
U.S. District Judge Richard L. Voorhees