# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO. 5:13CR59-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| JULIAN ALEXANDER ZUK ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on an Order of Remand, filed October 24, 2017, from the Fourth Circuit Court of Appeal for re-sentencing.[1]

**IT IS, THEREFORE, ORDERED** that:

Julian Alexander Zuk, currently residing at the Alpha Human Services, 2712 Fremont Avenue South, Minneapolis, Minnesota 55408, is hereby ORDERED to appear for re-sentencing on February 7, 2018, at 1:30 PM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina. The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

Signed: January 3, 2018

Richard L. Voorhees
United States District Judge

---

[1] The Fourth Circuit, vacated the judgment of the district court, and remands this matter to the district court. *See Rita,* 551 U.S. at 341. The Mandate was entered on November 29, 2017.