IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-CR-59-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JULIAN ALEXANDER ZUK, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Seal Supplemental Sentencing Memorandum" (Document No. 106) filed June 5, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Supplemental Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Supplemental Sentencing Memorandum" (Document No. 106) is **GRANTED**, and Defendant's "Supplemental Sentencing Memorandum (At Re-Sentencing)" (Document No. 105) is sealed until further Order of this Court.

Signed: June 6, 2018

David C. Keesler
United States Magistrate Judge