# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:13-CR-00059-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JULIAN ALEXANDER ZUK, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's unopposed Motion for Order Permitting Expert Evaluation (Doc. No. 110). The Court approves of Elizabeth Griffin, M.A.'s proposed evaluation of Defendant for the purposes of aiding in Defendant's transition from the residential sex offender treatment program at Federal Medical Center, Devens, Massachusetts ("FMC Devens") into further inpatient or outpatient treatment after Defendant's term of imprisonment ends.

It is therefore, **ORDERED** that Defendant's Motion is **GRANTED.** The Court gives its **APPROVAL** for such a meeting with Defendant while he is housed at FMC Devens, and **RECOMMENDS** to the Warden of FMC Devens that Ms. Griffin be admitted into such facility for the purposes of conducting the evaluation as proposed by counsel for Defendant.

Signed: August 15, 2019

Kenneth D. Bell
United States District Judge