IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:13-CR-00059-KDB-DCK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| JULIAN ALEXANDER ZUK, | |
| Defendant. | |

**THIS MATTER** is before the Court upon Defendant's Consent Motion to Amend Conditions of Supervised Release Imposed by Amended Judgment. (Doc. No. 112) ("Motion"). For the reasons stated in the Motion, the Court **GRANTS** Defendant's Motion and amends his supervised release to include the following conditions:

(1) Defendant is required to complete the residential treatment program at Alpha Human Services in Minneapolis, Minnesota; and

(2) Defendant shall begin treatment at Alpha immediately upon his release from the Bureau of Prisons or his discharge to a halfway house, whenever that release or discharge may occur.

The Clerk shall prepare an Amended Judgment consistent with this Order.

 **SO ORDERED.**

Signed: December 15, 2020

Kenneth D. Bell
United States District Judge